Decided November 4, 2003

VELVET CLAUD-CHAMBERS ET AL. *v.* CITY OF WEST HAVEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 79 Conn. App. 475 (AC 22792), is denied.

*John R. Williams*, in support of the petition.

*Kenneth J. Mastroni*, in opposition.

Decided November 4, 2003